David J. Shannon, Esquire
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2615

## United States District Court
### In the Eastern District of Pennsylvania

SSV, LLC

v.

HPR Distributors, LLC, et al

Case No.:2:22-cv-01527-CFK

Commonwealth of Pennsylvania
County of Philadelphia   ss

### AFFIDAVIT OF SUBSTITUTED SERVICE

I, **Jacob T. Booth,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Pali Singh** |
| DOCUMENTS SERVED: | **Summons & Complaint** |
| BY SERVING UPON: | **Vinnie Sherman, Manager** |
| DATE & TIME OF SERVICE: | 4/26/2022  3:37 PM |
| PHYSICAL DESCRIPTION: | Age: 50   Weight: 160   Hair: Black |
| | Sex: Male   Height: 5'8"   Race: Middle Eastern |
| SERVED ADDRESS: | 3251 Cedar Street |
| | Philadelphia, PA 19134 |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary Public, this 27th day of April, 2022

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2025

Order #P197327



Jacob T. Booth
Dennis Richman's Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
(215) 977-9393

GPS: 39.950167;